George GORSO, Appellant

v.

PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.

Supreme Court of Pennsylvania.

Feb. 21, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of February,
2006, the order of the Commonwealth
Court is AFFIRMED.

Justice Baldwin did not participate in the consideration or decision of this case.